# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

Ms Elaine M Miller
430 Main St Box Bot
Mishicot, WI 54228

v.

(Full name of defendant(s))

_____

_____

_____

Case Number:

**17-C-0250**

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   _____
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

Complaint – 1


is (if a person or private corporation) a citizen of _____
(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

See Attached Complaint

Copy Being Sent 2-19-2017    3 oF 6

Re
Being Sent To Copy
MAY 3rd. 2016 page 1 of 2
To: United States
District Court
Eastern District of
Wisconsin. on 2-19-2017

**LETTER OF CIVIL FEDERAL COMPLAINT Filling**

People

- Elaine Miller <elainemiller80@yahoo.com>

- 

- May 3 at 5:56 PM

From:

- Elaine Miller

Letter of civil Federal Complaint Filling

Dear Sir or madam, I Ms. Elaine M Miller am filing my Complaint and withdraw to settle at this time I decline any/all offer on Basis of False and Misleading Breach of Compromise of signed affinity order to Failure of insurance company to pay as written an filed as agreed.as well, Litigation Formality,

Representation any/and all involved associate's /parties as well strong possible wrongful practice/ medical treatment to be held liable an responsible in the event leading to malpractice. And i ask to retain my Rights in any/all award that may be due to the compilations, Recovery of monetary severance/lost pay. Any/ And all past present future fees/incurred travel, legal, medical, any/all deemed or awarded on my behalf upon court action wavier demand order. I Rightfully Retain intent any/all right to request an Appealed of Letter of civil federal lawsuit appeal's request.  Pending further fact find evidence to be presented your Honor. Regard's to and in addition to Original record and documentation of damages causing me to have a 73% percent loss and bodily injury of my initial Medical records and History. Due Disabling Health condition, traumatize, Hardship-etc. Resulting from the direct violent act taken against me via the Insurers client's Actions on 2-7-2013. i am at present seeking  Medical an Further treatment options  Due to the severe Cronin pain and conditions.as well legal advisory. Fed victim protection should it be required. Due to the nature of cause an case and to prevent further undo harm to myself an family against an sort of retaliation in any form stemming as a result of filling a complaint from all past/in present of this ongoing disputed  largely case. Etc. regards New Action recourse options pending further investigation an conclusive closure an proper Justice an compensation of this entire matter..         Enclose: We hold these truths to be self-evident, that all men are created equal that they are endowed by their creator with certain unalienable Rights. That among theses our Life, Liberty, and the pursuit of Happiness..

Sincerely

Ms. Elaine M Miller     P.O Box No 83 Maribel, WI 54227

920-321-6456 Message Contact secured voicemail No. Copies will be sent to all of the following including 3rd parties who have had previous involvement/interest concerning this complaint the Case Matter, thus far.

Page 3 - Complaint

Re: ADDITIONAL PARTIES WHO RECIECVED THIS NOTICE OF COMPLAINT..

Clarity Care INC 2649 Manitowoc Rd Green Bay WI 54311

Wausau Underwriter INS Co/Liberty Mutual INS Middle Market 2000 Westwood Drive P.O. Box 54402-0808

Attorney Tamera A Hansen 2000 Westwood Drive P.O.Box 808 Wausau WI 54402-0808

Attorney Both Mr. Joseph W Faulds And Mr. Terence J Bouessa 444 Reid St P.O. Box 5637 De Pere, WI 54115 co/ Stellplug law s.c and/or AKA One Law office.

Dr Daniel Lyons DC and Associates LLC

2920 S Webster Ave Suite 100 Green Bay WI 54301


ADM-Massika, Ngassa .A Co/ Aurora Health Care Location on Greenbrier Rd, Medical center

Aurora Bay Care Orthopedic & Sports Medicine Center

2845 Greenbrier Rd
Green Bay, WI 54311

FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Civil Federal Law Complaint filling Agency in Wisconsin

P.O. Box 7946, Madison, WI 53707-7946



Re: Elaine M. Miller v. Clarity Care, Inc.

WC Claim No: 2013-014523

Claim No Wc868-A59748-00


Sincerely

Ms. Elaine M Miller

920-371-3964

Page 3 of 3 cont - Complaint

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ~~→~~ ~~Bye Honor.~~ As Seen an Deemed proper By e Honor.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Should Bar Defendants All from Licence and practice and or Have all future works Monitored for protection of others and Repeated preventions of partaken in wrongfully Action's.

Complaint – 4

Case 1:17-cv-00250-WCG   Filed 02/23/17   Page 5 of 6   Document 1

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __2__ day of __19 Feb__ 20__17__.

Respectfully Submitted,

_Elaine M Miller_
Signature of Plaintiff

_920-371-3964_
Plaintiff's Telephone Number

_elainemiller80@yahoo.com_
Plaintiff's Email Address

_N/A_

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5