AO 450 (Rev. 5/85) Judgment in a Civil Case ⊛

# United States District Court

EASTERN DISTRICT OF WISCONSIN

ELAINE M. MILLER,
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 17-C-250

CLARITY CARE, INC., et al.,
    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is Dismissed with prejudice.

Approved:    s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court

Dated: May 4, 2017.

STEPHEN C. DRIES
Clerk of Court

s/ Cheryl A. Veazie
(By) Deputy Clerk